IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH EARL McDILL, # 207514, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>  )<br>ARNOLD HOLT, *et al.*, )<br>)<br>  Defendants. ) | CASE NO. 1:03-CV-1057-WKW<br>(WO) |

## **ORDER**

On March 8, 2006, the Magistrate Judge filed a Recommendation (Doc. # 33) in this case, finding that the plaintiff's petition for habeas corpus relief is due to be dismissed. The plaintiff filed an objection on March 17, 2006 (Doc. # 34).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. The plaintiff's petition for habeas corpus relief (Doc. # 1) is DISMISSED with prejudice as procedurally time-barred.

An appropriate judgment will be entered.

DONE this the 6th day of April, 2006.

　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE